# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MOHAMOUD AHMED DERI,** : | **CIVIL NO. 3:16-CV-2511** |
| **A# 208-686-531,** : | |
| Petitioner : | **(Judge Munley)** |
| v. : | |
| **ALBERTO GONZALES,** *et al*., : | |
| Respondents: | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

AND NOW, to wit, this 30th day of January 2017, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with this Court's Memorandum of this date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DENIED without prejudice.

2. As of the date of this order, ICE shall treat the petition for writ of habeas corpus as a request for release under 8 C.F.R. §§ 241.4 and 241.13. ICE shall provide petitioner with a response to his request within thirty days.

3. The Clerk of Court is directed to CLOSE this case.

**BY THE COURT:**

**s/James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**